UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Steven Paul Geis,                                               Civil No. 05-2916 (DWF/JSM)

            Petitioner,

v.                                                         **ORDER ADOPTING REPORT
                                                               AND RECOMMENDATION**

Warden R. L. Morrison, Duluth Federal
Prison Camp; Duluth Federal Prison Camp;
and The Federal Bureau of Prisons,

            Respondents.

Steven Paul Geis, *Pro Se*, Petitioner.

John Docherty, Assistant United States Attorney, United States Attorney's Office, counsel for Respondents.

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron, dated April 18, 2006. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein**, IT IS HEREBY ORDERED** that:

1. The Petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, (Doc. No. 1), is **GRANTED**, and that Respondent is directed to immediately reconsider the date when Petitioner should be assigned to a CCC in light of the criteria set forth in 18 U.S.C. § 3621(b) and without regard to 28 C.F.R. §§ 570.20

and .21.  Respondent's decision shall be filed with the Court within twenty-one (21) days of the filing of this Order.

Dated:  May 16, 2006          s/Donovan W. Frank
                              DONOVAN W. FRANK
                              Judge of United States District Court